**MEMO ENDORSED.**

Application GRANTED. The conference currently scheduled for March 11 is ADJOURNED to April 22, 2025, at 2:30 p.m.

**SO ORDERED.**

Ona T. Wang  Mar. 6, 2025
U.S.M.J.

Muriel Goode-Trufant
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Lauren Howland
*Special Assistant Corporation Counsel*
Office: (212) 356-2016

March 5, 2025

**VIA ECF**
Hon. Ona T. Wang
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *C.P. v. N.Y.C. Dep't. of Educ.*, 23-cv-7789 (VSB)(OTW)

Dear Judge Wang:

    I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on four administrative proceedings as well as for this action under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA").

    I write on behalf of the parties to respectfully request an adjournment of the telephone preliminary settlement conference currently scheduled for March 11, 2025 at 2:00 p.m. pursuant to the Court's February 12, 2024 Order (ECF No. 24) until April 22, 24, or 29, 2025 or to a date convenient to the Court. This is the parties' first request for an adjournment. The reason for the request is that the parties are engaged in settlement discussions, but have not yet reached a resolution, and require more time to do so. The parties remain optimistic that this matter can be fully resolved through settlement and without further intervention of the Court or motion practice.

    Accordingly, the parties respectfully request that the Court adjourn the telephone preliminary settlement conference currently scheduled for March 11, 2025 until April 22, 24, or 29, 2025 or to a date convenient to the Court.

    Thank you for considering this request.

Respectfully submitted,

/s/

Lauren Howland
Special Assistant Corporation Counsel

cc: Irina Roller (via ECF)