**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
C.P., et al.,                                    :
                                                 :
                            Plaintiffs,          :     23-CV-7789 (VSB) (OTW)
                                                 :
            -against-                            :     **ORDER**
                                                 :
NEW YORK CITY DEPARTMENT OF EDUCATION, :
                                                 :
                            Defendant.           :
                                                 :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to file a joint status letter on the docket by **Friday, June 20, 2025**, advising the Court of the status of settlement discussions.

**SO ORDERED.**

Dated: May 30, 2025
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge